1  Michael Zoldan; AZ Bar No. 028128
2  Jason Barrat; AZ Bar No. 029086
   **ZOLDAN LAW GROUP, PLLC**
3  14500 N. Northsight Blvd., Suite 133
   Scottsdale, AZ 85260
4  Tel & Fax: 480.442.3410
5  mzoldan@zoldangroup.com
   jbarrat@zoldangroup.com
6
7  Attorneys for Plaintiff

8
                    **UNITED STATES DISTRICT COURT**
9
                       **DISTRICT OF ARIZONA**
10

11  **Breanna Grigsby**, an Arizona resident;          **Case No. 2:21-CV-00053-MTL**

12              Plaintiff,

13        v.                                            **NOTICE OF SETTLEMENT**

14  **Citynewsandtalk.com, LLC**, an Arizona
15  company; and **Troy Warren,** an Arizona
    resident;
16                                                      **(Assigned to the Hon. Michael T.
                                                        Liburdi**)
17              Defendants.

18

19
        Notice is hereby given that the parties have reached a settlement in the above
20
    captioned matter.
21

22  ///

23  ///

24  ///
25
26  ///

27  ///

28  ///

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com

RESPECTFULLY SUBMITTED March 16, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
    14500 N. Northsight Blvd. Suite 133
    Scottsdale, AZ 85260
    Attorneys for Plaintiff

**JOSEPH J. PEZZUTO II, ESQ.**

By: /s/
    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System.  All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke

ZOLDAN LAW GROUP, PLLC
14500 N. Northsight Blvd. Suite 133 Scottsdale, Arizona 85260
Tel & Fax: 480.442.3410 – mzoldan@zoldangroup.com