# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Breanna Grigsby,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Citynewsandtalk.com LLC, et al.,<br><br>　　　　Defendants. | No. CV-21-00053-PHX-MTL<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation of Dismissal (Doc. 14), and good cause appearing,

　　　　**IT IS ORDERED granting** the Stipulation of Dismissal (Doc. 14) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED denying** Plaintiff's Application for Entry of Default Judgment (Doc. 9) as moot.

　　　　**IT IS FINALLY ORDERED** that the Clerk of the Court shall close this case.

　　　　Dated this 26th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　Michael T. Liburdi
　　　　　　　　　　　　　　　　　　　　　　Michael T. Liburdi
　　　　　　　　　　　　　　　　　　　　　　United States District Judge